Irena Leigh Norton – Bar No. 167017
Samuel J. Romero – Bar No. 232824
**SHULMAN HODGES & BASTIAN LLP**
3750 University Avenue, Ste. 670
Riverside, CA 92501
Telephone: (951) 275-9300
Facsimile: (951) 275-9303
Email: INorton@shbllp.com

Counsel for Plaintiffs and Counterdefendants,
Floating Assets, Ltd. and Wiltin PTY, Ltd.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOATING ASSETS, LTD., a British Virgin Islands limited liability entity, WILTIN PTY, LTD., an Australian limited liability entity,<br><br>　　　　　　　Plaintiffs,<br>vs.<br>MARC A. BERNSTEIN, an individual, MICHAEL ALBANO, an individual, ON THE RIGHT TRACK, LLC, a New York limited liability company, PART 47, INC., a Delaware corporation; and DOES 1 – 100, inclusive,<br><br>　　　　　　　Defendants.<br><br>AND RELATED CROSS ACTION | Case No. **SA CV 09-0087 JVS (RNBx)**<br><br>**JUDGMENT** |

On November 12, 2009, this Honorable Court granted Plaintiffs Floating Assets, Ltd. ("Floating Assets") and Wiltin PTY, Ltd.'s ("Wiltin")(collectively, "Plaintiffs") Motion for Default Judgment against Defendants Marc A. Bernstein ("Bernstein"), Michael Albano ("Albano"), On The Right Track, LLC ("OTRT") and Part 47, Inc. ("Part 47")(collectively, "Defendants") pursuant to Federal Rule of Civil Procedure 55(b).

SHULMAN HODGES &
BASTIAN LLP
3750 University Avenue
Suite 670
Riverside, CA 92501

3963-002\O:\ECF Ready\Floating Assets - Judgment.DOC

1
**JUDGMENT**

Likewise, on November 12, 2009, this Honorable Court granted Plaintiffs and Counterdefendant's Floating Assets, Ltd. ("Floating Assets") and Wiltin PTY, Ltd.'s ("Wiltin") (collectively, "Counterdefendants") Motion for Involuntary Dismissal of the Counterclaim and Crossclaim of Defendants and Counterclaimants Marc A. Bernstein, Michael Albano and OTRT pursuant to Federal Rule of Civil Procedure 41(b).

In reliance upon these rulings, and the Court's consideration of the evidence and argument submitted in support thereof, the Court now **ORDERS JUDGMENT** in favor of Plaintiffs and against Defendants Bernstein, Albano, OTRT and Part 47, as follows:

1. The Court declares any rights Defendants may have or have had in the Trakloc System and the TRAKLOC mark under the agreements are hereby terminated;

2. The Court enters judgment against Defendants, jointly and severally, in the amount of $430,000.00 for breach of the payment obligations contained in the Trakloc Pre-Incorporation Agreement and/or the Part 47, Inc. Agreement;

3. The Court awards Plaintiffs the sum of $37,483.28 in attorneys fees and costs, against Defendants, jointly and severally;

The Court further **ORDERS JUDGMENT** in favor of Plaintiffs/Counterdefendants and against Counterclaimants Marc A. Bernstein, Michael Albano and OTRT, and dismisses the Counterclaim and Crossclaim **WITH PREJUDICE**.

///
///
///
///
///

2
JUDGMENT

SHULMAN HODGES &
BASTIAN LLP
3750 University Avenue
Suite 670
Riverside, CA 92501

3963-002\O:\ECF Ready\Floating Assets - Judgment.DOC

1   **THEREFORE,** Plaintiffs are hereby awarded judgment against Defendants, jointly and severally, in the amount $467,483.28, consisting of $430,000 in damages, and $37,483.28 in attorneys fees and costs; and post judgment interest on the entire sum pursuant to applicable law.

Dated: December 01, 2009

_____
Honorable James V. Selna
United States District Judge

SHULMAN HODGES &
BASTIAN LLP
3750 University Avenue
Suite 670
Riverside, CA 92501

3963-002\O:\ECF Ready\Floating Assets - Judgment.DOC

3
**JUDGMENT**